# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA
        Plaintiff,

vs.                                         Case No. 12-40036-01-JAR

DUSTON YOUNG
        Defendant

## **MINUTE ORDER**

BY THE DIRECTION AND WITH THE APPROVAL OF THE HONORABLE KATHRYN H. VRATIL, CHIEF JUDGE:

      This case is returned to the Clerk, U.S. District Court, for reassignment.
      This case is transferred from the Honorable Richard D. Rogers, Senior Judge, to to the Honorable Julie A. Robinson, District Judge, for all further proceedings. It should also be noted that with the transfer of this case to Judge Robinson, the case number is changed to 12-40036-01-JAR
      Dated this 19TH , June, 2012, at Topeka, Kansas.

                                        TIMOTHY M. O'BRIEN, CLERK

                                        BY: s/Mary E. Hill
                                            Deputy Clerk